# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY TAYLOR, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 10-158 |
| v. | ) Judge Lancaster |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Cindy Taylor ("Taylor"), and Defendant Cellco Partnership, doing business as Verizon Wireless (hereinafter "Verizon Wireless"), by and through their undersigned counsel, do hereby stipulate and agree to the dismissal of the above action with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk shall mark this matter as **CLOSED**.

Dated: November 9, 2010

/s/ John Newborg
John Newborg, Esquire
jdnewborg@aol.com
220 Lawyers Building
Pittsburgh, PA 15219
(412) 281-1106

Counsel for Plaintiff

/s/ James S. Urban
James S. Urban
Pa. I.D. No. 82019
jsurban@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219-2514
(412) 391-3939
(412) 394-7959 (fax)

Counsel for Defendant

SO ORDERED on November 9th, 2010

Chief U.S. District Judge Gary L. Lancaster